## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH



### NO. 02-11-00225-CV

STEVEN M. JOHNSON AND                                              APPELLANTS
STEVEN M. JOHNSON, P.C. D/B/A
THE JOHNSON LAW FIRM

V.

MARY MCKINNEY                                                        APPELLEE

------------

## FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants' Motion To Dismiss."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).  All other pending motions are dismissed as moot.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  DAUPHINOT, MEIER, and GABRIEL, JJ.

DELIVERED:  October 27, 2011